

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-01001-CR
NO. 01-14-01002-CR
NO. 01-14-01003-CR

DENNIS JAMES POLEDORE, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 240th District Court of Fort Bend County
(Tr. Ct. No. 05-DCR-42537B; 05-DCR-42538B; and 05-DCR-42572B)

**TO THE 240TH DISTRICT COURT OF FORT BEND COUNTY, GREETINGS:**

Before this Court, on the 3rd day of March, 2015, the cause upon appeal to revise or

to reverse your judgment was determined.   This Court made its order in these words:

The cause heard today by the Court is an appeal from the order signed by the
court below on November 12, 2014. After inspecting the record of the court
below, it is the opinion of this Court that it has no jurisdiction over these
appeals. It is therefore **CONSIDERED, ADJUDGED, and ORDERED**
that the appeals be dismissed.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 3, 2015.

Judgment rendered by panel consisting of Justices Keyes, Bland, and Massengale.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.



May 15, 2015

Date



CHRISTOPHER A. PRINE
CLERK OF THE COURT